UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This document relates to:<br><br>**DUELL and DONNA NICHOLAS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PFIZER, INC.,**<br><br>Defendant. | MDL Docket No. 1699<br><br>Judge Charles R. Breyer<br><br><br>**CASE NO. 06CV2473** |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendant that the Complaint of Plaintiffs Duell and Donna Nicholas, only, part of Case No. 06CV2473, is hereby dismissed without prejudice:

    1.    Plaintiffs are Duell and Donna Nicholas; Defendant is Pfizer, Inc.;

    2.    On April 7, 2006, Plaintiffs sued Defendant;

    3.    Plaintiffs move to dismiss only their claims against Defendant;

    4.    Defendant has answered these claims;

5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitffs have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs or a representative of Plainitffs attempt to refile their claims against Defendant, they shall do so only by filing in Federal Court..

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: June 30, 2006

Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiffs*

GORDON & REES

Dated: July 17, 2006

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)
*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFFS' DUELL and DONNA NICHOLAS' CLAIMS ARE DISMISSED.**

Dated: July 18, 2006

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*