| | |
|---|---|
| 1 | Trent B. Miracle |
| | Eric Terry |
| 2 | SimmonsCooper, LLC |
| | 707 Berkshire Boulevard |
| 3 | East Alton, IL 62024 |
| | Telephone: (618) 259-2222 |
| 4 | |
| | Attorneys for: Plaintiff Lance Finley |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Document Relates to:<br><br>LANCE FINLEY<br><br>Individual Case No: 06-CV-2473-CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Lance Finley, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal **with prejudice** of Plaintiff, LANCE FINLEY's action, only, with each side bearing its own attorneys' fees and costs.

-1-

```
 1  DATED: March 24, 2008         SIMMONSCOOPER, LLC
 2
 3                                 By: _____
 4                                     TRENT MIRACLE
                                       ERIC TERRY
 5                                     707 Berkshire Boulevard
                                       East Alton, IL 62024
 6                                     Telephone: (618) 259-2222

 7                                 Attorneys for Plaintiff, Lance Finley

 8  DATED: March 25, 2008         IRWIN FRITCHIE URQUHART & MOORE LLC
 9
10                                 By: _____
                                       QUENTIN F. URQUHART, JR.
11                                     CAMALA E. CAPODICE
                                       400 Poydras Street, Suite 2700
12                                     New Orleans, LA 70130
                                       Telephone: (504) 310-2100
13
                                   Attorneys for Defendant, Pfizer Inc.
14
15  DATED: 3-25, 2008             GORDON & REES LLP
16
17                                 By: _____
                                       STUART M. GORDON
18                                     Embarcadero Center West
                                       275 Battery Street, Suite 2000
19                                     San Francisco, CA 94111
                                       Telephone: (415) 986-5900
20
                                   Attorney for Defendant, Pfizer Inc.
21
22      PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
        IT IS SO ORDERED.
23
24      Dated: March 28, 2008      _____
25                                 United States District Court
26
27
28
                                          -2-
              STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
```

IT IS SO ORDERED
Judge Charles R. Breyer