| | |
|---|---|
| 1 | Plaintiff's Counsel: |
| 2 | Jayne Conroy<br>Hanly Conroy Bierstein Sheridan<br>   Fisher & Hayes LLP |
| 3 | 112 Madison Avenue<br>New York New York  10016-7416 |
| 4 | (212) 784-6400<br>(212) 284-6420 (fax) |
| 5 | |
| 6 | -and- |
| 7 | SimmonsCooper LLC<br>707 Berkshire Blvd. |
| 8 | East Alton, IL  62024<br>(618) 259-2222 |
| 9 | (212) 259-2251 (Fax) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Lance Finley, et. al. vs. Pfizer, Inc.,.*<br>*MDL No. 06-2473:* Plaintiff Claudia Randolph | |

Come now the Plaintiffs, Claudia Randolph, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal with prejudice of Plaintiffs, **Claudia Randolph** 's action only, with each
2  side bearing its own attorneys' fees and costs.

Dated: _____, 2009         By: _____
                                     Jayne Conroy
                                     **HANLY CONROY BIERSTEIN**
                                     **SHERIDAN FISHER & HAYES LLP**
                                     112 Madison Avenue
                                     New York, New York 10016-7416
                                     (212) 784-6400
                                     (212) 784-6420 (Fax)
                                     Email: jconroy@hanlyconroy.com

                        -and-

                                     **SIMMONSCOOPER LLC**
                                     707 Berkshire Blvd.
                                     East Alton, IL 62024
                                     (618) 259-2222
                                     (618) 259-2251 (Fax)

                                     *Counsel for Plaintiff.*

Dated: _____March 11__, 2009         By: _____
                                     Michelle W. Sadowsky
                                     **DLA PIPER US LLP**
                                     1251 Avenue of the Americas
                                     New York, New York 10020-1104
                                     (212) 335-4625
                                     (212) 884-8675 (Fax)

                                     *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30____, 2009       By: _____
                                     United States District Court